**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **24-CR-317-TSC** |
| **ROMEO RAMOS CRUZ** | : | |

## MOTION TO CONTINUE

Romeo Ramos Cruz, through undersigned counsel, respectfully requests this Honorable Court continue the upcoming hearing set for July 13, 2026 by approximately two weeks.  On June 29, 2026 the government sent formal plea paperwork to undersigned counsel.  Counsel has since translated the paperwork into a language that Mr. Ramos Cruz can understand but still requires additional time to review discovery with Mr. Ramos Cruz in the context of the plea documents.

Undersigned counsel has conferred with counsel for the government, who does not oppose this request.  Mr. Ramos Cruz does not object to tolling under the Speedy Trial Act.  Mr. Ramos Cruz does not make this motion to cause undue delay but so that justice can be done.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500